AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL J. FRIEDMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company; VERIPRISE PROCESSING SOLUTIONS, LLC, a Delaware Limited Liability Company; AZTEC FORECLOSURE CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-02265-CAS-FFM<br><br>*(Hon. Christina A. Snyder)*<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SET ASIDE DEFAULT**<br><br>Date:　　　January 9, 2017<br>Time:　　　10:00 a.m.<br>Courtroom: 5<br><br>Documents Concurrently Filed:<br>1. Notice of Motion and Motion<br>2. Declaration of Parisa Jassim in Support of Motion<br><br>Complaint filed:　April 1, 2016<br>FAC filed:　　　June 20, 2016<br>SAC filed:　　　September 26, 2016<br>Trial:　　　　　None |

The motion by defendant Veriprise Processing Solutions, LLC (**Veriprise** or **defendant**) to set aside the default entered against it came on regularly for hearing upon notice on January 9, 2017 in Courtroom 8D of the above-entitled Court located at 350 W. 1st Street, Los Angeles, California 90012.

The Court, having reviewed and considered all papers in support of an in opposition to defendant's motion ORDERS as follows:

1.   The Court GRANTS defendant's motion to set aside the default entered against Veriprise pursuant to Federal Rule of Civil Procedure 55(c).

3.   The Court ORDERS Veriprise to file and serve a response to plaintiff Nathaniel J. Friedman's (**plaintiff**) second amended complaint (**SAC**) within _____ days of this order.

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                     Honorable Christina A. Snyder
                                     U.S. District Court Judge

# PROOF OF SERVICE

I am employed in the City and County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, California 90017.

On **December 5, 2016**, I served the following documents

**[PROPOSED] ORDER GRANTING MOTION TO SET ASIDE DEFAULT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**VIA OVERNIGHT MAIL**

Nathaniel J. Friedman, Esq.
NATHANIEL J. FRIEDMAN, APC
8500 Wilshire Blvd., Ste. 910
Beverly Hills, California 90211-3227
Telephone: (310) 277-2889
Facsimile: (310) 277-2136

*Attorney for Plaintiff*
*NATHANIEL J. FRIEDMAN*

**VIA ECF SERVICE**

Laura Coombe, Esq.
McGUIRE WOODS, LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067-1501
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
Email: lcoombe@mcguirewoods.com

*Attorneys for Defendant*
*BANK OF AMERICA, N.A.*

**VIA ECF SERVICE**

Darlene Palaganas Hernandez, Esq.
SHAPIRO, VAN ESS, SHERMAN & MARTH, LLP
949 South Coast Drive, Suite 475
Costa Mesa, California 92626
Telephone: (877) 257-0717
Facsimile: (847) 879-4836
Email: dhernandez@logs.com

*Attorneys for Defendant*
*AZTEC FORECLOSURE CORPORATION*

☒ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

1  ☒   (CM/ECF ELECTRONIC FILING) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☐   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 5, 2016, at Los Angeles, California.

_____  
Helen E. Serrano  
(Type or print name)

_____(Signature)_____

[PROPOSED] ORDER GRANTING MOTION TO SET ASIDE DEFAULT

CASE NO. 2:16-cv-02265-CAS-FFM

{40075808;1}